IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1877-AP**

**DIANA ANDERSON,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Unopposed Motion To File Exhibits to Defendant's Response Brief (doc. #16), filed April 8, 2008, is GRANTED. The exhibits attached to defendant's motion are accepted as filed as attachments to defendant's response brief.

---

Dated: April 14, 2008