IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01877-RPM

DIANA ANDERSON,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

_____

ORDER SETTING BRIEFING SCHEDULE
_____

Pursuant to the Joint Motion for Scheduling [33], filed September 17, 2009, it is

ORDERED that:

1. Plaintiff's Opening Brief will be due on December 3, 2009.

2. Defendant's Response Brief will be due on January 4, 2010.

3. Plaintiff's Reply Brief (if any) will be due on January 19, 2010.

Dated: September 17th, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge