IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.07-cv-01877-RPM

DIANA ANDERSON,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

ORDER AWARDING ATTORNEY'S FEES UNDER EAJA
_____

Pursuant to Plaintiff's motion for attorney fees under the Equal Access to Justice Act [26] and Defendant's response [41], it is

ORDERED that pursuant to 28 U.S.C. § 2412 the plaintiff is awarded a fee for his attorney Frederick W. Newall in the amount of $4,452.00, made payable to "Frederick W. Newall, Attorney at Law," and mailed to plaintiff's counsel.

DATED: May 17th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge